UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ARM, LTD. AND ARM, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MOSAID Technologies Inc., ) <br> ) <br> Defendants. ) | CASE NO. 11-CV-3869-DMR <br><br> **STIPULATION TO EXTEND TIME FOR MOSAID TECHNOLOGIES INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |

**ORDER ADOPTING STIPULATION TO EXTEND TIME FOR MOSAID TECHNOLOGIES INC. TO RESPOND TO FIRST AMENDED COMPLAINT**

Before the Court is the parties' stipulation to extend the time for Defendant Mosaid Technologies, Inc. ("Mosaid") to file a responsive pleading to Plaintiffs ARM Ltd. and ARM, Inc.'s (collectively, "ARM") First Amended Complaint. PURSUANT TO THE STIPULATION, the Court ORDERS as follows:

1. Mosaid's responsive pleading to ARM's First Amended Complaint is due on or before October 10, 2011.

DATED: 8/26/2011        BY: _____
Hon. Donna Ryu
United States Magistrate Judge

- 1 -